**Order entered November 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01398-CR**
**No. 05-12-01687-CR**

**DARIUS EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-51415**

## ORDER

The Court **DENIES** as moot appellant's October 31, 2013 motion to extend time to file

his briefs.  On the Court's own motion, we ordered the briefs filed on November 1, 2013.


/s/      DAVID EVANS
         JUSTICE